# In the United States Court of Federal Claims

**Nos. 01-254C & 01-442C**

**(Filed September 13, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * *

**CONSOLIDATION COAL COMPANY, ET AL.,** *

**Plaintiffs,** *

**v.** * **No. 01-254C**

**THE UNITED STATES,** *

**Defendant.** *

---

**RAPOCA ENERGY COMPANY, LLC,** *

**Plaintiff,** *

**v.** * **No. 01-442C**

**THE UNITED STATES,** *

**Defendant.** *

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to the Joint Status Report filed on August 23, 2006, and the status conference held on this day, the following is hereby ordered:

1. The parties shall try to informally resolve their discovery disputes according to their past practices by Wednesday, December 13, 2006. The parties shall file a Joint Status Report with the court on said date informing the court of the state of discovery.

2. In addition, defendant shall decide, no later than December 13, 2006, on any remaining factual issues concerning Jim Walter Resources, Inc. so that a consent judgment may be entered in favor of that

plaintiff. This will permit defendant to pursue an appeal of this court's decision, dated April 4, 2005, on the liability issue in this case**.**

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**