# In the United States Court of Federal Claims

**Nos. 01-254C & 01-442C**

**(Filed November 16, 2006)**

| | | |
|---|---|---|
| **CONSOLIDATION COAL COMPANY, ET AL.,** | * | |
| **Plaintiffs,** | * | |
| **v.** | * | **No. 01-254C** |
| **THE UNITED STATES,** | * | |
| **Defendant.** | * | |
| **RAPOCA ENERGY COMPANY, LLC,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **No. 01-442C** |
| **THE UNITED STATES,** | * | |
| **Defendant.** | * | |

**ORDER**

A telephonic conference shall be held on Monday, November 20, 2006 at 2:30 p.m. EST concerning further proceedings. The court will initiate the call.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**