**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CONSOLIDATION COAL CO., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | ) | No. 01-254<br>(Judge Futey) |
| RAPOCA ENERGY CO., LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | ) | No. 01-442<br>(Judge Futey) |

**DEFENDANT'S CONSENT MOTION FOR AN**
**<u>ENLARGEMENT OF TIME TO FILE A JOINT STATUS REPORT</u>**

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims ("RCFC"), the defendant, United States, respectfully requests a five-day enlargement of time within which the parties may file a status report with the Court. Our status report is currently due on December 13, 2006. Counsel for the plaintiffs requested, and consent to, the filing of this motion.

Counsel for the parties have discussed further proceedings, and have been working to draft joint stipulation of facts. On December 12, 2006, counsel for the defendant provided plaintiffs' counsel with a draft status report for the plaintiffs' review and signature. Plaintiffs' counsel of record, Steven Becker, is out of town on travel until Friday, December 15, and indicated that he will not be available to review the draft joint status report until that time. The draft joint status report includes, as the Court requested in its September 13, 2006 order, the defendant's position on the Court entering judgment in favor of one test plaintiff, Jim Walter

Resources, Inc. However, rather than filing that portion of the status report separately, counsel for the defendant deemed it prudent to include that statement as part of the joint status report filed by the parties.

For these reasons, we respectfully request a five-day enlargement of time within which to file a status report, up to and including Monday, December 18, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/Jeanne E. Davidson
JEANNE E. DAVIDSON
Deputy Director

S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, D.C. 20530
Telephone: (202) 307-1011
Telecopier: (202) 514-8624

December 13, 2006

Attorneys for Defendant

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on this 13th day of December 2006 a copy of the foregoing "DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO FILE A JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/Tara K. Hogan