# In the United States Court of Federal Claims

**Nos. 01-254C & 01-442C**

**(Filed December 14, 2006)**

| | | |
|---|---|---|
| **CONSOLIDATION COAL COMPANY, ET AL.,** | * | |
| **Plaintiffs,** | * | |
| **v.** | * | **No. 01-254C** |
| **THE UNITED STATES,** | * | |
| **Defendant.** | * | |
| **RAPOCA ENERGY COMPANY, LLC,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **No. 01-442C** |
| **THE UNITED STATES,** | * | |
| **Defendant.** | * | |

## <u>ORDER</u>

Defendant's Consent Motion For An Enlargement Of Time To File A Joint Status Report filed on December 13, 2006, is hereby ALLOWED. The parties shall file a joint status report by Monday, December 18, 2006.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**