**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CONSOLIDATION COAL CO., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | ) | No. 01-254<br>(Judge Futey) |
| RAPOCA ENERGY CO., LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | ) | No. 01-442<br>(Judge Futey) |

**DEFENDANT'S CONSENT MOTION FOR**
**LEAVE OUT OF TIME TO FILE THE JOINT STATUS REPORT**

Pursuant to the Rules of this Court, defendant, the United States, respectfully requests that the Court grant the parties leave to file the joint status report one day out of time. The joint status report was originally due on Wednesday, December 13, 2006 and the parties moved for an extension of time to file the report until Monday, December 18, 2006, due to the travel schedule of counsel of record for the plaintiff. This Court granted that motion. Counsel for the plaintiffs consent to the filing of this motion.

Counsel for defendant received plaintiffs' revisions to its December 12, 2006 draft status report on Monday, December 18, 2006. Although counsel for the parties believed they would be able to file the joint status report on that date, they were unable to complete the ultimate form of the filing and obtain the required supervisory review of the joint status report in time to file it on the due date.

The parties subsequently obtained final review and approval. We regret any inconvenience this minor and unexpected delay may have caused the Court.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/Jeanne E. Davidson
JEANNE E. DAVIDSON
Deputy Director

S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, D.C. 20530
Telephone: (202) 307-1011
Telecopier: (202) 514-8624

December 19, 2006

Attorneys for Defendant

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on this 19th day of December 2006 a copy of the foregoing "DEFENDANT'S CONSENT MOTION FOR LEAVE OUT OF TIME TO FILE A JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/Tara K. Hogan