# In the United States Court of Federal Claims

**Nos. 01-254C & 01-442C**

**(Filed December 20, 2006)**

| | | |
|---|---|---|
| **CONSOLIDATION COAL COMPANY, ET AL.,** | * | |
| **Plaintiffs,** | * | |
| **v.** | * | **No. 01-254C** |
| **THE UNITED STATES,** | * | |
| **Defendant.** | * | |
| **RAPOCA ENERGY COMPANY, LLC,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **No. 01-442C** |
| **THE UNITED STATES,** | * | |
| **Defendant.** | * | |

**ORDER**

Defendant's Consent Motion For Leave Out Of Time To File The Joint Status Report, filed on December 19, 2006, is hereby ALLOWED. The parties are directed to re-file the Joint Status Report by Friday, December 22, 2006. A telephonic conference shall be held on Wednesday, January 10, 2007 at 2:30 p.m. EST concerning further proceedings.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**