# In the United States Court of Federal Claims

**Nos. 01-254C & 01-442C**

**(Filed January 10, 2007)**

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * | | |
| **CONSOLIDATION COAL COMPANY, ET AL.,** | * * * | |
| **Plaintiffs,** | * * | |
| **v.** | * * | **No. 01-254C** |
| **THE UNITED STATES,** | * * | |
| **Defendant.** | * | |
| ------------------------------------------------ | | |
| **RAPOCA ENERGY COMPANY, LLC,** | * * | |
| **Plaintiff,** | * * | |
| **v.** | * * | **No. 01-442C** |
| **THE UNITED STATES,** | * * | |
| **Defendant.** | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | | |

**ORDER**

Pursuant to the status conference held on this date, the following is hereby ordered:

1. Plaintiff shall file its motion for judgment as to plaintiff, Jim Walter Resources, Inc. ("JWR"), in this case by Wednesday, January 24, 2007.

2. Defendant may file its response by Wednesday, February 7, 2007.

3. Plaintiff may file its reply by Wednesday February 14, 2007.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**