# In the United States Court of Federal Claims

**Nos. 01-254C & 01-442C**

**(Filed February 9, 2007)**

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * | | |
| **CONSOLIDATION COAL COMPANY, ET AL.,** | * | |
| **Plaintiffs,** | * | |
| **v.** | * | **No. 01-254C** |
| **THE UNITED STATES,** | * | |
| **Defendant.** | * | |
| ------------------------------------------------ | | |
| **RAPOCA ENERGY COMPANY, LLC,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **No. 01-442C** |
| **THE UNITED STATES,** | * | |
| **Defendant.** | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | | |

**ORDER**

A telephonic conference shall be held on Tuesday, February 20, 2007 at 1:30 p.m. concerning Plaintiffs' Motion For Entry Of Judgment In Favor Of Plaintiff Jim Walter Resources, Inc. The court will initiate the call.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**