ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
APR 19 2007
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSOLIDATION COAL CO., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 01-254C<br>(Judge Futey) |
| RAPOCA ENERGY CO., LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 01-443C<br>(Judge Futey) |

**NOTICE OF APPEAL**

Notice is hereby given that defendant, the United States, appeals to the United States Court of Appeals for the Federal Circuit from the judgment in favor of plaintiff Jim Walter Resources, Inc., in consolidated case No. 01-254C, entered on February 22, 2007, pursuant to Rule 54(b) of the Rules of this Court. A copy of the court's final judgment is attached to this notice of appeal.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

Todd M Hughes
TODD M. HUGHES
Assistant Director

TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-2228
Facsimile: (202) 305-7643

April 19, 2007

Attorneys for Defendant

# In the United States Court of Federal Claims

**Nos. 01-254C & 01-442C**

**CONSOLIDATION COAL COMPANY, ET AL.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Published Opinion and Order, filed February 22, 2007, stating that there is no just reason for delay as provided in Rule 54(b),

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff, Jim Walters Resources, Inc., recover of and from the United States the sum of $5,223,133.78.

Brian Bishop
Clerk of Court

**February 22, 2007** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 19th day of April 2007, I caused to be served by United States mail (first class, postage prepaid) copies of "NOTICE OF APPEAL" addressed as follows:

Steven H. Becker
Baker & McKenzie, LLP
1114 Avenue of the Americas
New York, New York 10036

John Y. Merrell, Jr.
Merrell & Merrell, P.C.
1477 Chain Bridge Road, Suite 101
McLean, Virginia 22101

S. A. Minor
_______________________