# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 2007-5108 - CONSOLIDATION COAL V US

**Date of docketing:** 04/24/2007

**Appeal from:** United States Court of Federal Claims case no. 01-CV-254,01-CV-442-

**Appellant(s):** United States

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**

- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US Court of Federal Claims
John Y. Merrell, Jr.
Steven H. Becker
Tara K. Hogan

2007-5108

# In the United States Court of Federal Claims

## Appeal Information Sheet

**Senior Judge Bohdan A. Futey**

**Nature of Suit: 528**

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 4 2007

JAN HORBALY
CLERK

**Type of Case**: Miscellaneous - Other

CONSOLIDATION COAL, et al.,
*Plaintiff,*

v.

THE UNITED STATES,
*Defendant*

RECEIVED
2007 APR 20 AM 11:54
US COURT OF APPEALS
FEDERAL CIRCUIT

**CFC Docket No.:** 01-254 C.

**Cross or Related**? No.

**Appeal filed by:** Defendant.

**Date Judgment Entered**: February 22, 2007.

**Notice of Appeal**: April 19, 2007.

**Fee**: Fee not required.

*See Docket Sheet for Plaintiff and Defendant attorney information*.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2007-5108

CONSOLIDATION COAL COMPANY, CONSOL OF PENNSYLVANIA COAL COMPANY, CONSOL OF KENTUCKY INC., EIGHTY FOUR MINING COMPANY, HELVETIA COAL COMPANY, ISLAND CREEK COAL COMPANY, KENT COAL MINING COMPANY, KEYSTONE COAL MINING CORPORATION, LAUREL RUN MINING COMPANY, MCELROY COAL COMPANY, NINEVAH COAL COMPANY, QUARTO MINING COMPANY, EAGLE ENERGY, INC., ELK RUN COAL COMPANY, INC., GOALS COAL COMPANY, GREEN VALLEY COAL COMPANY, INDEPENDENCE COAL COMPANY, INC., KNOX CREEK COAL CORPORATION, MARFORK COAL COMPANY, MARTIN COUNTY COAL CORPORATION, PEERLESS EAGLE COAL COMPANY, PERFORMANCE COAL COMPANY, RAWL SALES & PROCESSING, SIDNEY COAL COMPANY, INC., STONE MINING COMPANY, JIM WALTER RESOURCES, INC., EASTERN ASSOCIATED COAL CORP., KINGSTON RESOURCES, INC., and PIONEER FUEL CORPORATION,

Plaintiffs-Appellees,

and

RAPOCA ENERGY COMPANY, LLC,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims in 01-CV-254, and 01-CV-442, Senior Judge Bohdan A. Futey.

Authorized Abbreviated Caption[2]

CONSOLIDATION COAL v US, 2007-5108

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.