United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

May 24, 2007

Steven Harlan Becker, Esq.

Baker & McKenzie, LLP

1114 Avenue of the Americas

New York, NY 10036-7703

In re: <u>Consolidation Coal Co., et al. v. United States,</u>

Nos. 01-254 C & 01-442 C

Dear Mr. Becker:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated February 22, 2007, in favor of plaintiff, Jim Walters Resources Inc., in the cases listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa DeFade Reyes

Lisa DeFade Reyes

Chief Deputy Clerk Operations

Enclosures

cc: Tara Kathleen Hogan, Esq., Dept. Of Justice