# In the United States Court of Federal Claims

**Nos. 01-254C & 01-442C**

**(Filed September 11, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * *
**CONSOLIDATION COAL COMPANY, ET AL.,** *
**Plaintiffs,** *
**v.** * **No. 01-254C**
**THE UNITED STATES,** *
**Defendant.** *
--------------------------------------------------
**RAPOCA ENERGY COMPANY, LLC,** *
**Plaintiff,** *
**v.** * **No. 01-442C**
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

A telephonic conference shall be held on Monday, September 24, 2007 at 2:00 p.m. concerning proceedings for the other plaintiffs in these cases. The court will initiate the call.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**