# In the United States Court of Federal Claims

**Nos. 01-254C & 01-442C**

**(Filed September 25, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **CONSOLIDATION COAL COMPANY, ET AL.,** | * | |
| **Plaintiffs,** | * | |
| **v.** | * | **No. 01-254C** |
| **THE UNITED STATES,** | * | |
| **Defendant.** | * | |
| **RAPOCA ENERGY COMPANY, LLC,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **No. 01-442C** |
| **THE UNITED STATES,** | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to the telephonic conference held on September 24, 2007, the parties shall file a joint status report concerning further proceedings with regard to the remaining four test plaintiffs by Tuesday, October 9, 2007.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**