IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CONSOLIDATION COAL COMPANY, ET AL.,<br>Plaintiffs,<br>v.<br>UNITED STATES,<br>Defendant. | No. 01-254C<br>Judge Futey |
| RAPOCA ENERGY COMPANY, LLC,<br>F/K/A RAPOCA ENERGY COMPANY,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | No. 01-442C<br>Judge Futey |

**PLAINTIFFS' STATUS REPORT**

Pursuant to this Court's Order filed September 25, 2007, and the Court's September 24, 2007 status teleconference, Plaintiffs respectfully submit this joint status report concerning further proceedings with regard to the remaining four test plaintiffs, Consol of Pennsylvania Coal Company, Eastern Associated Coal Corporation, Kingston Resources, Inc. and Pioneer Fuel Corporation. Plaintiffs submit their own report because counsel for defendant was unavailable to submit a joint status report.

The parties request that the Court lift the stay as to these test plaintiffs in order to permit the parties to proceed with respect to the unresolved damages issues involved in these plaintiffs' claims. Still at issue is the adequacy of the documentation provided by these plaintiffs as proof

of export for (1) coal sold for export through domestic brokers, and (2) coal sold directly to certain Canadian customers, which took possession of the coal in the United States at a Lake Erie port. The test plaintiffs are determining whether to seek limited formal discovery or whether they believe they are in a position to undertake briefing (and possibly an evidentiary hearing) regarding the above issues.[1]

This report will be filed electronically.

Respectfully submitted,

s/ Steve H. Becker

STEVEN H. BECKER
PAUL A. HOROWITZ
SUZANNE I. OFFERMAN
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, New York 10036

Counsel for plaintiffs Consolidation Coal Co., *et al.*

s/ John Y. Merrell, Jr.

JOHN Y. MERRELL, JR.
Merrell & Merrell, P.C.
1477 Chain Bridge Road, Suite 101
McLean, Virginia 22101

Counsel for plaintiff Rapoca Energy Co., LLC

October 9, 2007

[1] Plaintiffs do not agree with Defendant's position that the discovery period has closed. In its order of September 13, 2006, this Court ordered the parties to "try to informally resolve their discovery disputes according to their past practices by Wednesday, December 13, 2006." This Court has encouraged the parties to continue informal discovery to resolve the remaining damages issues.

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on October 9, 2007, a copy of the foregoing "Plaintiffs' Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Suzanne I. Offerman