# In the United States Court of Federal Claims

**Nos. 01-254C & 01-442C**

**(Filed October 9, 2007)**

| | | |
|---|---|---|
| **CONSOLIDATION COAL COMPANY, ET AL.,** Plaintiffs, v. THE UNITED STATES, Defendant. | * | **No. 01-254C** |
| **RAPOCA ENERGY COMPANY, LLC,** Plaintiff, v. THE UNITED STATES, Defendant. | * | **No. 01-442C** |

**ORDER**

A telephonic conference shall be held on Wednesday, October 24, 2007 at 2:30 p.m. concerning proceedings for the other plaintiffs in these cases. The court will initiate the call.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**