# In the United States Court of Federal Claims

**Nos. 01-254C & 01-442C**

**(Filed October 25, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **CONSOLIDATION COAL COMPANY, ET AL.,** | * | |
| **Plaintiffs,** | * | |
| **v.** | * | **No. 01-254C** |
| **THE UNITED STATES,** | * | |
| **Defendant.** | * | |
| **RAPOCA ENERGY COMPANY, LLC,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **No. 01-442C** |
| **THE UNITED STATES,** | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the telephonic conference held on October 24, 2007, Defendant's Status Report filed on October 8, 2007, and Plaintiff's Status Report filed on October 9, 2007, the stay as to the remaining four test plaintiffs is hereby lifted. The parties are to discuss the documents to be used in further proceedings, and shall file a joint status report indicating the success of those discussions, together with a briefing schedule for further proceedings in this case by December 17, 2007.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**