# In the United States Court of Federal Claims

**Nos. 01-254C & 01-442C**

**(Filed October 25, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **CONSOLIDATION COAL COMPANY, ET AL.,** | * | |
| **Plaintiffs,** | * | |
| **v.** | * | **No. 01-254C** |
| **THE UNITED STATES,** | * | |
| **Defendant.** | * | |
| **WELLMORE ENERGY COMPANY, LLC,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **No. 01-442C** |
| **THE UNITED STATES,** | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Plaintiff Rapoca Energy Company, LLC's Motion For Substitution Of Parties, filed October 24, 2007, is hereby ALLOWED. Rapoca Energy Company, LLC will now be known as Wellmore Energy Company, LLC. Accordingly, the Clerk's office shall take notice of this change.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**