IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CONSOLIDATION COAL COMPANY, ET AL.,

Plaintiffs,

v.

UNITED STATES,

Defendant.

No. 01-254C
Judge Futey

WELLMORE ENERGY CO., LLC,

Plaintiff,

v.

UNITED STATES,

Defendant.

No. 01-442C
Judge Futey

**JOINT STATUS REPORT**

Pursuant to this Court's Order dated October 25, 2007, the parties respectfully submit this joint status report.

During the last status conference, the parties agreed that no further formal discovery was anticipated. The parties agreed that the four remaining test plaintiffs would provide additional documentation to defendant and that the Office of Surface Mining ("OSM") auditors would review and consider that information.

On December 10, counsel for the plaintiffs notified defendant's counsel that additional documentation would be forthcoming. On December 12, some of that documentation was sent to the OSM auditors for consideration of the claims of two of the

test plaintiffs, Pioneer Fuel Corp. and Kingston Resources, Inc. Plaintiffs anticipate that they may produce additional documentation supporting their claims in early to mid-January. As a result, additional time will be needed for the OSM auditors to review and consider the documentation. Additionally, because documents are still being produced, counsel for the parties have not agreed upon any joint stipulations of fact, although they anticipate that they may be able to stipulate to some transactions.

In the last order, the Court requested that the parties submit a proposed briefing schedule. In light of the fact that the plaintiffs still intend to produce additional documents, and that the auditors will require sufficient time to review that documentation, the parties propose the following briefing schedule:

| Pleading | Deadline |
|---|---|
| Plaintiff's Motion for Summary Judgment | March 3, 2008 |
| Defendant's Response/Cross-Motion | April 2, 2008 |
| Plaintiff's Reply | April 23, 2008 |
| Defendant's Reply | May 14, 2008 |

A hearing or oral argument, if needed, could be scheduled in late May.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Todd M. Hughes
TODD M. HUGHES
Deputy Director

s/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, D.C. 20530
Telephone: (202) 616-2228
Telecopier: (202) 305-7643

Counsel for Defendant

DANIEL W. KILDUFF
U.S. Department of the Interior
Office of the Solicitor

Of Counsel

s/Steven H. Becker
STEVEN H. BECKER
PAUL A. HOROWITZ
SUZANNE I. OFFERMAN
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, New York 10036

Counsel for plaintiffs Consolidation Coal Co., *et al.*

s/John Y. Merrell, Jr.
JOHN Y. MERRELL, JR.
Merrell & Merrell, P.C.
1477 Chain Bridge Road, Suite 101
McLean, Virginia 22101

Counsel for plaintiff Wellmore Energy Co., LLC

December 17, 2007

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on this 17th day of December 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's System.

s/ Tara K. Hogan