# In the United States Court of Federal Claims

**Nos. 01-254C & 01-442C**

**(Filed December 19, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **CONSOLIDATION COAL COMPANY, ET AL.,** | * | |
| **Plaintiffs,** | * | |
| **v.** | * | **No. 01-254C** |
| **THE UNITED STATES,** | * | |
| **Defendant.** | * | |
| **WELLMORE ENERGY CO., LLC,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **No. 01-442C** |
| **THE UNITED STATES,** | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to the Joint Status Report filed on December 17, 2007, and the fact that the plaintiff needs additional time to submit documentation to the defendant for the Office of Surface Mining ("OSM") auditors to review, the following is hereby ordered:

1. Plaintiff's Motion for Summary Judgment shall be due on Monday, March 3, 2008.

2. Defendant's Response/Cross-Motion shall be due on Wednesday, April 2, 2008.

3. Plaintiff's Reply shall be due on Wednesday, April 23, 2008.

4. Defendant's Reply shall be due on Wednesday, May 14, 2008.

5. A hearing or oral argument shall be scheduled at a later date.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**