# In the United States Court of Federal Claims

**Nos. 01-254C & 01-442C**

**(Filed March 25, 2008)**

| | | |
|---|---|---|
| **CONSOLIDATION COAL COMPANY, ET AL.,** | * | |
| **Plaintiffs,** | * | |
| **v.** | * | **No. 01-254C** |
| **THE UNITED STATES,** | * | |
| **Defendant.** | * | |
| **WELLMORE ENERGY CO., LLC,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **No. 01-442C** |
| **THE UNITED STATES,** | * | |
| **Defendant.** | * | |

**ORDER**

Plaintiffs' Motion To Stay Briefing On Damages Issues, filed on March 20, 2008, and Plaintiffs' Amended Unopposed Motion To Stay Briefing On Damages Issues, filed on March 24, 2008, are ALLOWED. The briefing of damages issues in this case is STAYED to afford the parties additional time to attempt to reach agreement regarding Kingston and Pioneer's broker sales, and Consol of Pennsylvania and Eastern Associated's Canadian sales.

A joint status report shall be filed by Friday, April 25, 2008 concerning further proceedings in this case.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**