**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CONSOLIDATION COAL CO., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | ) | No. 01-254<br>(Judge Futey) |
| WELLMORE ENERGY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | ) | No. 01-442<br>(Judge Futey) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated March 25, 2008, the parties respectfully submit this joint status report, in which we describe progress made during the stay and the parties' positions regarding further proceedings necessary in these cases.

Since this Court's order, the parties have made progress towards resolving some issues regarding remaining transactions of two of the test plaintiffs, Kingston Resources, Inc. (Kingston) and Pioneer Fuel Corp. (Pioneer). As reported earlier, auditors from the Office of Surface Mining (OSM) reviewed documents on-site related to Kingston and Pioneer sales. The auditors have completed a preliminary assessment of these new documents. The auditors must coordinate and work with Pioneer and Kingston representatives to resolve some remaining issues. OSM estimates that it will be able to complete its review within a week after meeting with Kingston and Pioneer

representatives. At that point, the parties may be in a position to stipulate to facts related to these transactions, which should limit the issues to be briefed regarding Kingston and Pioneer's sales. In that event, it is likely that the only issue that would have to be briefed in connection with these two companies' sales through middlemen is whether those sales took place while the coal was in the export stream of commerce. That issue is also relevant to the other two test plaintiffs, Consol of Pennsylvania Coal Company (Consol) and Eastern Associated Coal Corporation (Eastern Associated).

During the pendency of the stay, the parties have also discussed additional documentation requested by OSM relating to the plaintiffs' sales of coal to Canadian customers. Plaintiffs are in the process of requesting or are awaiting letters from the Canadian customers confirming that all coal sold to them was actually exported to Canada.

Finally, Consol and Eastern Associated are in the final stages of collecting documentation which they believe will establish to OSM's satisfaction the actual export of coal sold to unrelated U.S. middlemen/brokers which, in turn, contracted with foreign purchasers.

The parties respectfully request that the Court schedule June 2, 2008 for the submission of the next status report, following which the parties expect that they will be in a position to request a scheduling order regarding the briefing of the remaining damages issues.

Respectfully submitted,

JEFFREY S. BUCHHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/Todd M. Hughes
TODD M. HUGHES
Deputy Director

S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, D.C. 20530
Telephone: (202) 616-2228
Telecopier: (202) 305-7643

Of Counsel:

DANIEL W. KILDUFF
Department of the Interior

Counsel for Defendant

S/Steven H. Becker
STEVEN H. BECKER
PAUL A. HOROWITZ
SUZANNE I. OFFERMAN
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, New York 10036

Counsel for plaintiffs Consolidation Coal Co., *et al.*

S/John Y. Merrell, Jr.
JOHN Y. MERRELL, JR.
Merrell & Merrell, P.C.
1477 Chain Bridge Road, Suite 101
McLean, Virginia 22101

Counsel for plaintiff Wellmore Energy Co., LLC

April 24, 2008

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on this 24th day of April 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's System.

s/ Tara K. Hogan