# In the United States Court of Federal Claims

**Nos. 01-254C & 01-442C**

**(Filed April 29, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * *
**CONSOLIDATION COAL COMPANY, ET AL.,** *

**Plaintiffs,** *

**v.** * **No. 01-254C**

**THE UNITED STATES,** *

**Defendant.** *

---

**WELLMORE ENERGY CO., LLC,** *

**Plaintiff,** *

**v.** * **No. 01-442C**

**THE UNITED STATES,** *

**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to the Joint Status Report filed on April 24, 2008, the parties shall file their next joint status report by Monday, June 2, 2008.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**