# In the United States Court of Federal Claims

**Nos. 01-254C & 01-442C**

**(Filed June 3, 2008)**

| | | |
|---|---|---|
| **CONSOLIDATION COAL COMPANY, ET AL., Plaintiffs, v. THE UNITED STATES, Defendant.** | * | **No. 01-254C** |
| **WELLMORE ENERGY CO., LLC, Plaintiff, v. THE UNITED STATES, Defendant.** | * | **No. 01-442C** |

## ORDER

Pursuant to the Joint Status Report filed on June 2, 2008, the parties shall file their next joint status report by Monday, July 21, 2008.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**