# In the United States Court of Federal Claims

**Nos. 01-254C & 01-442C**

**(Filed June 30, 2008)**

| | | |
|---|---|---|
| **CONSOLIDATION COAL COMPANY, ET AL.,** <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **THE UNITED STATES,** <br><br> **Defendant.** | * | **No. 01-254C** |
| **WELLMORE ENERGY CO., LLC,** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **THE UNITED STATES,** <br><br> **Defendant.** | * | **No. 01-442C** |

**ORDER**

Pursuant to the status conference held on June 25, 2008, the following is hereby ordered:

1. Plaintiffs may file a Motion for Summary Judgment thirty (30) days after the issuance of a mandate by the United States Court of Appeals for the Federal Circuit.

2. Defendant shall respond to said motion within thirty (30) days of its filing.

3. Plaintiffs may reply in accordance with the Rules of this Court.

4. Either party may request oral argument on the Motion for Summary Judgment.

5. Any additional discovery proceedings shall be stayed until further order of the court.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**