IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CONSOLIDATION COAL COMPANY, ET AL.,<br>Plaintiffs,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 01-254C<br>Judge Futey |
| WELLMORE ENERGY CO., LLC,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 01-442C<br>Judge Futey |

**PLAINTIFFS' POST-REMAND MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Rules of the United States Court of Federal Claims, PlaintiffS Consolidation Coal Company, et al. and Wellmore Energy Co., LLC, hereby move for summary judgment (1) holding that 30 C.F.R. § 870.12 imposes reclamation fees on the extraction and sale of coal and is therefore unconstitutional, under the Export Clause of the United States Constitution, as applied to sales of coal in the export stream, and (2) ordering that reclamation fees unconstitutionally assessed and paid by Plaintiffs in connection with their export sales of coal be refunded together with interest as provided by law because there is no genuine issue of material fact and Plaintiffs are entitled to judgment as a matter of law.

On April 4, 2005, this Court granted a previous motion for summary judgment filed by Plaintiffs, and held that the reclamation fee, as applied to export sales of coal, violates the Export Clause of the U.S. Constitution. *See Consolidation Coal Co., et al. v. United States,* 64 Fed. Cl. 718 (2005). On February 22, 2007, this Court awarded a judgment for damages to Plaintiff Jim Walter Resources, Inc. The government appealed that judgment, and on June 11, 2008, the Court of Appeals for the Federal Circuit reversed this Courts' grant of summary judgment and remanded the case "for proceedings consistent with [the court's] opinion." *Consolidation Coal Co., et al. v. United States,* 528 F.3d 1344, 1348 (Fed. Cir. 2008). Following a status conference on June 25, 2008, this Court ordered on June 30, 2008 that Plaintiffs were permitted to file a Renewed Motion for Summary Judgment within 30 days from the date the Federal Circuit issued its mandate. The Federal Circuit issued its mandate on August 4, 2008.

In making this motion, Plaintiffs rely on the pleadings; their brief in support of this motion; Plaintiffs' Proposed Findings of Uncontroverted Fact filed on May 21, 2004 in connection with Plaintiffs' Motion for Summary Judgment filed on that same date, along with the government's response to those Proposed Findings of Uncontroverted Fact, filed on July 9, 2004 (*see* Docket Entry Nos. 44 and 47, Court No. 01-254C, copies of which are reproduced in the Appendix to Plaintiffs' brief in support of the instant motion); and all other papers and proceedings had herein. The grounds in support of Plaintiffs' motion are more fully set forth in the brief which is attached to and made a part of this motion.

Plaintiffs also request that the Court enter an order scheduling oral argument on their motion.

Respectfully submitted,

Steven H. Becker
*Attorney of Record*
Paul A. Horowitz
Charles H. Critchlow
Suzanne I. Offerman
*Of Counsel*
BAKER & MCKENZIE LLP
1114 Avenue of the Americas
New York, NY 10036
Tel.: (212) 626-4400
Fax: (212) 626-4120

Counsel for Plaintiffs
Consolidation Coal Company, et al.

Dated: September 3, 2008

John Y. Merrell, Jr.
*Attorney of Record*
MERRELL & MERRELL, P.C.
1477 Chain Bridge Road,
Suite 101
P.O. Box 1111
McLean, VA 22101
Tel.: (703) 790-8440
Fax: (703) 790-8944

Counsel for Plaintiff
Wellmore Energy Co., LLC

Dated: September 3, 2008

**Disclosure Statement**

Pursuant to CFC Rule 7.1, below is an updated list of all parent corporations and any publicly held companies that own 10 percent or more of the stock of the party (*italics* indicate publicly held):

| Named Party | Parent Corporations and any Publicly Held Company that Owns 10 Percent or More of the Named Party |
|---|---|
| Consolidation Coal Company | *Consol Energy Inc.* |
| Consol of Pennsylvania Coal Company | *Consol Energy Inc.* |
| Consol of Kentucky Inc. | *Consol Energy Inc.* |
| Eighty Four Mining Company | CONSOL Financial Inc.<br>*Consol Energy Inc.* |
| Helvetia Coal Company | Rochester & Pittsburgh Coal Company<br>Consolidation Coal Company<br>*Consol Energy Inc.* |
| Island Creek Coal Company | Consolidation Coal Company<br>*Consol Energy Inc.* |
| Kent Coal Mining Company | (merged in 2001 into co-plaintiff Keystone Mining Company)<br>Rochester & Pittsburgh Coal Company<br>Consolidation Coal Company<br>*Consol Energy Inc.* |
| Keystone Coal Mining Corporation | Rochester & Pittsburgh Coal Company<br>Consolidation Coal Company<br>*Consol Energy Inc.* |
| Laurel Run Mining Company | Island Creek Coal Company<br>Consolidation Coal Company<br>*Consol Energy Inc.* |
| McElroy Coal Company | Consolidation Coal Company<br>*Consol Energy Inc.* |
| Nineveh Coal Company | (merged in 2002 into co-plaintiff Consol of Pennsylvania Coal Company) |
| Quarto Mining Company | (merged in 2005 into co-plaintiff Consolidation Coal Company)<br>*Consol Energy Inc.* |
| Consol Energy, Inc. | |
| Eagle Energy, Inc. | Long Fork Coal Company<br>A.T. Massey Coal Company, Inc.<br>*Massey Energy Company*<br>Fidelity Investments |

| | |
|---|---|
| | Research and Lazard Asset Management, LLC |
| Elk Run Coal Company, Inc. | A.T. Massey Coal Company, Inc.<br>*Massey Energy Company*<br>Fidelity Investments<br>Research and Lazard Asset Management, LLC |
| Goals Coal Company | Performance Coal Company<br>A.T. Massey Coal Company, Inc.<br>*Massey Energy Company*<br>Fidelity Investments<br>Research and Lazard Asset Management, LLC |
| Green Valley Coal Company | Sidney Coal Company, Inc.<br>A.T. Massey Coal Company, Inc.<br>*Massey Energy Company*<br>Fidelity Investments<br>Research and Lazard Asset Management, LLC |
| Independence Coal Company, Inc. | Elk Run Coal Company, Inc.<br>A.T. Massey Coal Company, Inc.<br>*Massey Energy Company*<br>Fidelity Investments<br>Research and Lazard Asset Management, LLC |
| Knox Creek Coal Corporation | Martin County Coal Corporation<br>A.T. Massey Coal Company, Inc.<br>*Massey Energy Company*<br>Fidelity Investments<br>Research and Lazard Asset Management, LLC |
| Marfork Coal Company, Inc. | Elk Run Coal Company, Inc.<br>A.T. Massey Coal Company, Inc.<br>*Massey Energy Company*<br>Fidelity Investments<br>Research and Lazard Asset Management, LLC |
| Martin County Coal Corporation | A.T. Massey Coal Company, Inc.<br>*Massey Energy Company*<br>Fidelity Investments<br>Research and Lazard Asset Management, LLC |
| Peerless Eagle Coal Company | Sidney Coal Company, Inc.<br>A.T. Massey Coal Company, Inc.<br>*Massey Energy Company*<br>Fidelity Investments<br>Research and Lazard Asset Management, LLC |
| Apogee Coal Company | *Arch Coal, Inc.* |
| Rawl Sales & Processing Company | A.T. Massey Coal Company, Inc.<br>*Massey Energy Company*<br>Fidelity Investments<br>Research and Lazard Asset Management, LLC |
| Sidney Coal Company, Inc. | A.T. Massey Coal Company, Inc.<br>*Massey Energy Company* |

| | |
|---|---|
| | Fidelity Investments<br>Research and Lazard Asset Management, LLC |
| Stone Mining Company | Long Fork Coal Company<br>A.T. Massey Coal Company, Inc.<br>*Massey Energy Company*<br>Fidelity Investments<br>Research and Lazard Asset Management, LLC |
| Arch Western Resources, LLC | Arch Western Acquisition Corporation<br>*Arch Coal, Inc.*<br>Delta Housing, Inc. (1% partner)<br>BP America, Inc. (1% partner thru Delta Housing)<br>*BP PLC* |
| Canyon Fuel Company, LLC | Arch Western Resources, LLC<br>Arch Western Acquisition Corporation<br>*Arch Coal, Inc.*<br>Delta Housing, Inc. (1% partner)<br>BP America, Inc. (less than 1% partner thru Delta Housing)<br>*BP PLC* |
| Catenary Coal Company | *Arch Coal, Inc.* (Arch sold Catenary to Magnum Coal Company on 12/31/05) |
| Coal-Mac, Inc. | *Arch Coal, Inc.* |
| Dal-Tex Coal Corporation | (merged in 1996 into co-plaintiff Hobet Mining, Inc.) |
| Hobet Mining, Inc. | Cumberland River Coal Company<br>*Arch Coal, Inc.* (Arch Sold Hobet to Magnum Coal Company on 12/31/05) |
| Mingo Logan Coal Co. | *Arch Coal, Inc.* |
| Kingston Resources, Inc. | Riverton Coal Production Inc.<br>Foundation American Coal Holding, LLC<br>Foundation Coal Corporation<br>FC 2 Corp.<br>Foundation Coal Holdings, Inc.<br>T. Rowe Price Associates, Inc. |
| Paynter Branch Mining, Inc. | Riverton Coal Production Inc.<br>Foundation American Coal Holding, LLC<br>Foundation Coal Corporation<br>FC 2 Corp.<br>Foundation Coal Holdings, Inc.<br>T. Rowe Price Associates, Inc. |
| Pioneer Fuel Corporation | Pioneer Mining, Inc.<br>Riverton Coal Production Inc.<br>Foundation American Coal Holding, LLC<br>Foundation Coal Corporation<br>FC 2 Corp. |

| | |
|---|---|
| | Foundation Coal Holdings, Inc.<br>T. Rowe Price Associates, Inc. |
| Plateau Mining Corporation | Foundation American Coal Company, LLC<br>Foundation American Coal Holding, LLC<br>Foundation Coal Corporation<br>FC 2 Corp.<br>Foundation Coal Holdings, Inc.<br>T. Rowe Price Associates, Inc. |
| RAG Cumberland Resources, L.P.<br>n/k/a Cumberland Coal Resources, L.P. | Foundation PA Coal Company, LLC<br>Pennsylvania Services Corporation<br>Foundation American Coal Company, LLC<br>Foundation American Coal Holding, LLC<br>Foundation Coal Corporation<br>FC 2 Corp.<br>Foundation Coal Holdings, Inc.<br>T. Rowe Price Associates, Inc. |
| RAG Emerald Resources, L.P.<br>n/k/a Emerald Coal Resources, L.P. | Foundation PA Coal Company, LLC<br>Pennsylvania Service Corporation<br>Foundation American Coal Company, LLC<br>Foundation American Coal Holding, LLC<br>Foundation Coal Corporation<br>FC 2 Corp.<br>Foundation Coal Holdings, Inc.<br>T. Rowe Price Associates, Inc. |
| Twentymile Coal Company | *Peabody Energy Corporation*<br>Fidelity Investments |
| Coastal Coal Company, LLC<br>n/k/a Enterprise Mining Company, LLC | AMFIRE, LLC<br>Maxxum Carbon Resources, LLC<br>Alpha Natural Resources, LLC<br>Alpha NR Holding, Inc.<br>*Alpha Natural Resources, Inc.* |
| Coastal Coal-West Virginia, LLC<br>n/k/a Brooks Run Mining Company, LLC | AMFIRE Holdings, Inc.<br>AMFIRE, LLC<br>Maxxum Carbon Resources, LLC<br>Alpha Natural Resources, LLC<br>Alpha NR Holding, Inc.<br>*Alpha Natural Resources, Inc.* |
| Eastern Associated Coal Corporation<br>n/k/a Eastern Associated Coal, LLC | *Peabody Energy Corporation*<br>Fidelity Investments |
| Evergreen Mining Company | Bluegrass Coal Development Company<br>Horizon Natural Resources Company |
| Mid-Vol Leasing, Inc.<br>n/k/a Mid-Vol Coal Sales Inc. | Mid-Vol Coal Sales Inc.<br>Lexington Coal Company |
| Mountaineer Coal Development Company | Bluegrass Coal Development Company<br>Horizon Natural Resources Company |
| Old Ben Coal Company | Horizon Natural Resources Company |

| | |
|---|---|
| | Lexington Coal Company |
| Shipyard River Coal Terminal Company | Bluegrass Coal Development Company<br>Horizon Natural Resources Company |
| Riverside Energy, Inc. (merged into AMCI Holdings, Inc. in 2005) | *AMCI Holdings, Inc.* |
| Virginia Crews Coal Company (merged into AMCI Holdings, Inc. in 2005) | *AMCI Holdings, Inc.* |
| Clintwood Elkhorn Mining Company | TECO Coal Corporation<br>*TECO Energy, Inc.* |
| Gatliff Coal Company | TECO Coal Corporation<br>*TECO Energy, Inc.* |
| Premier Elkhorn Coal Company | TECO Coal Corporation<br>*TECO Energy, Inc.* |
| Perry County Coal Corporation | TECO Coal Corporation<br>*TECO Energy, Inc.* |
| Glamorgan Coal Company, LLC | AMVEST Minerals Company, LLC<br>AMVEST Corporation |
| Terry Eagle L.P. | TECPART Corporation<br>TEAGLE Company, LLC<br>AMVEST Coal & Rail, LLC<br>AMVEST Minerals Company, LLC<br>AMVEST Corporation |
| Nicholas-Clay Land & Mineral, Inc. | AMVEST Coal & Rail, LLC<br>AMVEST Minerals Company, LLC<br>AMVEST Corporation |
| Nicholas-Clay Company, LLC<br>n/k/a AMVEST West Virginia Coal, LLC | Nicholas-Clay Land & Mineral, Inc.<br>Terry Eagle L.P.<br>TECPART Corporation<br>TEAGLE Company, LLC<br>AMVEST Coal & Rail, LLC<br>AMVEST Minerals Company, LLC<br>AMVEST Corporation |
| Andalex Resources, Inc. | UtahAmerican Energy, Inc. |
| Genwal Resources, Inc. | Andalex Resources, Inc. |
| Jim Walter Resources, Inc. | *Walter Industries, Inc.* |
| Pacific Coast Coal Company | Pacific Coast Coal Co., Inc. |
| Usibelli Coal Mine, Inc. | N/A |
| Powder River Coal Company<br>n/k/a Powder River Coal, LLC | *Peabody Energy Corporation*<br>Fidelity Investments |
| Covenant Coal Corporation | N/A |
| United States Steel Mining Company LLC | *United States Steel Corporation* |
| West Ridge Resources, Inc. | Andalex Resources, Inc. |
| Alex Energy, Inc. | A.T. Massey Coal Company, Inc.<br>*Massey Energy Company*<br>Fidelity Investments<br>Research and Lazard Asset Management, LLC |

| | |
|---|---|
| Delbarton Mining Company | A.T. Massey Coal Company, Inc.<br>*Massey Energy Company*<br>Fidelity Investments<br>Research and Lazard Asset Management, LLC |
| Peabody Holding Company, Inc.<br>now Peabody Holding Company, LLC | *Peabody Energy Corporation*<br>Fidelity Investments |
| Colony Bay Coal Company | *Peabody Energy Corporation*<br>Fidelity Investments |
| Logan Fork Coal Company | *Peabody Energy Corporation*<br>Fidelity Investments |
| Pine Ridge Coal Company<br>now Pine Ridge Coal Company, LLC | *Peabody Energy Corporation*<br>Fidelity Investments |
| Rivers Edge Mining Inc. | *Peabody Energy Corporation*<br>Fidelity Investments |
| Consol Energy, Inc. | *Consol Energy Inc.* |

**CERTIFICATE OF ELECTRONIC FILING**

I, Suzanne I. Offerman, certify that I am an attorney with Baker & McKenzie LLP, located at 1114 Avenue of the Americas, New York, New York, and that on September 3, 2008, a copy of the foregoing "Plaintiffs' Post-Remand Motion for Summary Judgment" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

Suzanne I. Offerman